NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY STEWART MOORE,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2012-3009

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100504-I-1.

---

## ON MOTION

---

## O R D E R

Larry Stewart Moore moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__NOV 0 4 2011__          __/s/ Jan Horbaly__
Date                  Jan Horbaly
                          Clerk

cc: Larry Stewart Moore
      Jessica R. Toplin, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 0 4 2011**

**JAN HORBALY**
**CLERK**